UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RENARD J. TURNER, | ) | Case No.: 1:05 CV 1327 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| GRANDE POINTE NURSING HOME, | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |

Consistent with the Findings of Fact and Conclusions of Law entered on this same date, the court hereby enters judgment for Plaintiff Renard J. Turner and against Defendant Grande Pointe Nursing Home in the total amount of $8,677.52 with interest from the date of judgment.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 11, 2007